DOCKET NUMBER: 06 cr 91 (SLT)

CRIMINAL CAUSE FOR **Pleading**

Date Received By Docket Clerk: _____   Docket Clerk Initials: _____

BEFORE JUDGE: **Pollak**   DATE: **3-6-14**   TIME IN COURT **0** HRS **25** MINS

DEFENDANT'S NAME: **Gilberto Miranda Rojas**   DEFENDANTS # **80481-053**

☒ Present   ☐ Not Present   ☒ Custody   ☐ Not Custody

DEFENSE COUNSEL: **Luis Guerra**

☐ Federal Defender   ☐ CJA   ☒ Retained

A.U.S.A.: **Justin Leser**   PRETRIAL/PROBATION OFFICER _____

COURT REPORTER: OR (ESR OPERATOR) **Eve Weissman**   TAPE LOG **4:50 - 5:15 pm**

INTERPRETER: **Maristela Verastegui**   LANGUAGE: **Spanish**

| | | | |
|---|---|---|---|
| ☐ | Arraignment | ☐ | Revocation of Probation non contested |
| ☒ | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| ☐ | In Chambers Conference | ☐ | Sentencing non-evidentiary |
| ☐ | Pre Trial Conference | ☐ | Sentencing Contested |
| ☐ | Initial Appearance | ☐ | Revocation of Supervised Release evidentiary |
| ☐ | Status Conference | ☐ | Revocation of Supervised Release non-evidentiary |
| ☐ | Telephone Conference | | |
| ☐ | Voir Dire Begun   ☐ Voir Dire Held | ☐ | Jury selection   ☐ Jury trial |
| ☐ | Jury Trial Death Penalty   ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |
| ☐ | Bench Trial Held   ☐ Bench Trial Completed | ☐ | Motion Hearing Non Evidentiary |
| ☐ | Other Evidentiary Hearing Contested   TYPE OF HEARING_____ | | |

**UTILITIES**

☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties
☐ ~Util-Set/Reset Hearings

Speedy Trial Start:_____ Speedy Trial Stop:_____ CODE TYPE:_____

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES  ☒ NO
**TEXT**

Count 3 Indictment — Pled Guilty